# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV10-01619-WDK(Ex) | Date | March 19, 2013 |
|---|---|---|---|
| Title | Joe Hand Promotions, Inc. v. Sonia Palomo Robledo, et al. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | Not Applicable | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 28, 2011 the Court granted Defendants' Stipulation to Continue Settlement Conference to October 28, 2011.  On October 31, 2011, the Court granted a second Stipulation to Continue Settlement Conference to January 31, 2012.  On January 26, 2012 the Court granted a third Stipulation to Continue Settlement Conference to March 30, 2012.  On June 19, 2012 the Court granted its final Joint Settlement Stipulation to Continue Settlement Conference to October 1, 2012.  To date the parties have failed to conduct a settlement conference and the deadline has elapsed without compliance.  Within five (5) days of this order, Plaintiff is to show cause in writing why the action should not be dismissed for failure to prosecute and comply with this Court's order.

IT IS SO ORDERED.

                                                                                             :
                                                           Initials of Preparer        PG